**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6586

DAVID WATTLETON,

Plaintiff - Appellant,

versus

ARTHUR F. BEELER, Warden, FMC-Butner; STEPHEN
WILLIAMS, Institutional Counselor, FMC-Butner,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard,
District Judge. (CA-05-52-5)

Submitted: August 25, 2005      Decided: September 2, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Wattleton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Wattleton appeals the district court's order denying relief on his <u>Bivens</u>[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Wattleton v. Beeler</u>, No. CA-05-52-5 (E.D.N.C. Mar. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).